**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| **In Re:** | ) | |
| **KEVIN D. KREMBS, M.D.** | ) | **Chapter 13 Proceedings** |
| | ) | |
| | ) | **Case Number: 13-24319-JPK** |
| | ) | |
| **Debtor(s)** | ) | |

**MOTION TO MODIFY PLAN, POST-CONFIRMATION**

Comes now Paul R. Chael, Standing Chapter 13 Trustee herein, and moves the Court for an order modifying Debtor's Chapter 13 Plan, post-confirmation, and in support thereof, states as follows:

1.  Debtor's Plan was filed on December 10, 2013, and was confirmed on March 25, 2014.

2.  Trustee has performed an audit of this case, reviewing the claims provided for in the Plan, the claims filed, the amount of Debtor(s) current Plan payment and the length remaining on the Plan.

3.  Pursuant to Trustee's review and calculations, it appears that US Bank was set out as a secured claimholder in Debtor's Plan for the mortgage.

4.  To date, US Bank has not filed a Proof of Claim.  The Bar date for filing Proofs of Claim passed on April 7, 2014.

5.  Since US Bank has not filed a Proof of Claim, the Trustee respectfully requests that the Plan be modified post-petition so that the allowed unsecured creditors receive a pro-rata share of the funds which US Bank would have received.

**Wherefore**, Trustee prays that Debtor's Chapter 13 Plan be modified directing the funds proportioned for US Bank to the allowed unsecured creditors who have filed Proofs of Claim, and for all other appropriate relief.

/s/Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney No. 3881-45

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2014 service of a true and complete copy of the above and foregoing pleading or paper was made upon the following by electronic service:

U.S. Trustee- ustpregion10.soecf@usdoj.gov.com
Gordon E. Gouveia

and upon the following by depositing the same in the United States mail, envelopes properly addressed to each of them and with sufficient first-class postage affixed.

Debtor(s) - Kevin D. Krembs, M.D., 8138 Euclid Avenue, Munster, IN 46321

/s/ Valerie Solomon,
Legal Assistant to Paul R. Chael, Trustee
401 West 84th Drive, Ste. C
Merrillville, IN 46410