UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:                                )
                                      )
Kevin Krembs                          )    Case No: 13-24319
                                      )    Chapter 13
           Debtor.                    )

## POST-CONFIRMATION AGREED IMMATERIAL MODIFICATION OF PLAN AND ORDER AND NOTICE

Comes now Debtor, Kevin Krembs ("Debtors"), by counsel, Gordon E. Gouveia and Paul Chael, Chapter 13 Trustee ("Trustee"), by counsel, for the purpose of reflecting Debtor's new mortgage payment in accordance with U.S. Bank's escrow analysis to begin on September 1, 2014. The Parties submit the following Agreed Post Confirmation Immaterial Modification to Chapter 13 Plan.

The Debtor and Trustee hereby stipulate to the following modification of said Plan which they deem to be immaterial, and which they hereby move the Court to approve without further notice and opportunity for hearing by creditors and parties in interest.

It is hereby agreed by and between the Debtor and the Trustee that said Paragraph A-1 and Class Two of the Debtor's Chapter 13 Plan be modified to read as follows:

A. **PLAN PAYMENTS**
   1. Debtor(s) will make payments in the amount of $3,791.19 per __month__.

2. CLASS TWO - CONTINUING CLAIMS: Those secured claims on which the last payment is due beyond the length of the Plan. Trustee shall commence payments from the date of the filing of the petition unless the proof of claim provides for a later date. This class will be paid their monthly payment pro-rata with the Class Four and Nine.

| CREDITOR | ADDRESS OF COLLATERAL | MONTHLY PAYMENT |
|---|---|---|
| U.S. Bank Home Mortgage<br>4801 Frederica Street<br>Owensboro, KY 42301 | 8138 Euclid Avenue<br>Munster, IN 46321 | $1,728.31 |

SO ORDERED.

Dated:_____

EXAMINED AND APPROVED:

/s/ Gordon E. Gouveia
Gordon E. Gouveia,
Attorney for Debtors
Indiana Attorney No: 7235-45

JUDGE, U.S. BANKRUPTCY COURT

_____
Paul R. Chael, Chapter 13 Trustee,