UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Kevin Krembs ) | Case No: 13-24319 |
| ) | Chapter 13 |
| Debtor. ) | |

### POST-CONFIRMATION AGREED IMMATERIAL MODIFICATION OF PLAN AND ORDER AND NOTICE

Comes now Debtor, Kevin Krembs ("Debtors"), by counsel, Gordon E. Gouveia and Paul Chael, Chapter 13 Trustee ("Trustee"), by counsel, for the purpose of reflecting Debtor's increase in plan payment. The Parties submit the following Agreed Post Confirmation Immaterial Modification to Chapter 13 Plan.

The Debtor and Trustee hereby stipulate to the following modification of said Plan which they deem to be immaterial, and which they hereby move the Court to approve without further notice and opportunity for hearing by creditors and parties in interest.

It is hereby agreed by and between the Debtor and the Trustee that said Paragraph A-1 of the Debtor's Chapter 13 Plan be modified to read as follows:

A. **PLAN PAYMENTS**

　　1. Debtor(s) will make payments in the amount of $4,236.19 per ___month___.

**SO ORDERED.**

Dated:_____

**EXAMINED AND APPROVED:**

/s/ Gordon E. Gouveia
Gordon E. Gouveia,
Attorney for Debtors
Indiana Attorney No. 7235-45

_____
Kevin D. Krembs, MD
Debtor                    11/8/15

_____
JUDGE, U.S. BANKRUPTCY COURT

_____
Paul R. Chael, Chapter 13 Trustee,