IN THE UNITED STATES BANKRUPTCY COURT
THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| Kevin Krembs | ) | Case No: 13-24319-jpk |
| | ) | Chapter 13 |
| Debtor. | ) | |

## AGREED ORDER

Comes now Debtor, by counsel, Gordon E. Gouveia, and comes now Paul R. Chael, Standing Chapter 13 Trustee, for the purpose of resolving the Trustee's Motion to Dismiss. Parties submit the following Agreed Order:

1. That the Trustee's Motion to Dismiss For Default in Plan Payments is hereby continued indefinitely.

2. Trustee filed a Motion to Dismiss on November 4, 2015, stating Debtors are in default in the amount of $16,036.94.

3. Debtor agrees to make up the deficiency through the remaining months of the chapter 13 plan, of which thirty-six (36) are left. The installments will be in the amount of $4,236.19, which includes the Debtors' monthly plan payment as well.

4. Upon the conditions outlined above and upon the timely payments of Debtor's Chapter 13 Plan payments for December, 2015, January, 2016 and February, 2016, the Trustee's Motion to Dismiss will be withdrawn.

5. In the event the Debtor fails to pay or perform as stated above, the case may be dismissed without further notice or hearing upon the filing of an affidavit of default by the Trustee after a ten (10) day grace period.



/s/ Gordon E. Gouveia
Gordon E. Gouveia,
Attorney for Debtors
Attorney No: 7235-45

Paul R. Chael,
Chapter 13 Trustee

SO ORDERED this 18th day of November, 2015.

_____
JUDGE, U.S. BANKRUPTCY COURT