**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| IN RE: | ) CHAPTER 13 PROCEEDINGS |
| KEVIN KREMBS, MD | ) CASE NO.  13-24319 |
| | ) |

**WITHDRAWAL OF MOTION TO DISMISS**

    Comes now Paul R. Chael, Trustee herein, and withdraws his Motion to Dismiss, Docket #58, which was previously filed on April 4, 2017.

                                                    /s/ Paul R. Chael
                                                  Paul R. Chael, Trustee
                                                  Indiana Attorney #3881-45

**CERTIFICATE OF SERVICE**

    I hereby certify that on the September 25, 2017 service of a true and complete copy of the above and foregoing pleading or paper was electronically sent through the court's ECF system to the following parties:

U.S. Trustee
Attorney for Debtor(s) – GORDON GOUVEIA

and upon the following by depositing the same in the United States mail, envelopes properly addressed to each of them  and with sufficient first class postage affixed.

Debtor(s):
KEVIN KREMBS, MD    8138 EUCLID AVE   MUNSTER, IN  46321

                                                   /s/ Paul R. Chael
                                              Paul R. Chael, Trustee
                                              401 West 84th Drive, Suite C
                                              Merrillville, IN 46410
                                              (219) 650-4015