# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

In re: KEVIN D KREMBS, MD  
       Debtor(s)

Case No.: 13-24319 JRA

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

PAUL CHAEL, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/10/2013.
2) The plan was confirmed on 03/25/2014.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on 11/17/2015, 05/08/2017, 05/04/2017, 10/24/2016, 08/11/2014, 08/08/2014.
4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/04/2015, 04/04/2017, 12/28/2016, 06/05/2018.
5) The case was completed on 10/18/2018.
6) Number of months from filing or conversion to last payment: 58.
7) Number of months case was pending: 62.
8) Total value of assets abandoned by court order: 10,266.82.
9) Total value of assets exempted: NA.
10) Amount of unsecured claims discharged without full payment: 5,632.77.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor: | $221,939.59 |
| Less amount refunded to debtor: | $1,277.84 |
| **NET RECEIPTS:** | $220,661.75 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $1,681.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $7,008.56 |
| Other: | $98.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $8,787.56 |
| Attorney fees paid and disclosed by debtor: | $1,719.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| (P)AMERICAN HONDA FINANCE | Unsecured | NA | NA | NA | .00 | .00 |
| AMERICAN EDUCATION SERVICE | Unsecured | 135,322.54 | NA | NA | .00 | .00 |
| AMERICAN HONDA | Secured | NA | 6,265.85 | 6,265.85 | 4,064.14 | 1,058.50 |
| AMERICAN HONDA | Secured | NA | 4,000.97 | 4,000.97 | 2,649.53 | 339.39 |
| AMERICAN HONDA FINANCE | Unsecured | NA | NA | NA | .00 | .00 |
| ECMC | Unsecured | NA | NA | NA | .00 | .00 |
| FEIWELL & HANNOY PC | Unsecured | NA | NA | NA | .00 | .00 |
| IND DEPT OF REV | Priority | 3,208.69 | 3,208.69 | 3,208.69 | 3,208.69 | .00 |
| IND DEPT OF REV | Secured | 8,250.31 | 8,250.31 | 8,250.31 | 8,250.31 | 604.05 |
| INDIANA DEPT OF REVENUE | Unsecured | NA | NA | NA | .00 | .00 |
| INDIANA DEPT OF REVENUE | Unsecured | NA | NA | NA | .00 | .00 |
| INDIANA DEPT OF REVENUE | Unsecured | NA | NA | NA | .00 | .00 |
| INDIANA EMP SEC DIV | Unsecured | NA | NA | NA | .00 | .00 |
| INDIANA GROSS INC DIV | Unsecured | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Priority | 48,485.91 | 48,485.91 | 82,058.04 | 82,058.04 | .00 |

1234-3B-EPIE3B-00202649-203781

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

In re:  KEVIN D KREMBS, MD                                                                Case No.:  13-24319 JRA

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | Unsecured | NA | 4,680.80 | 4,680.80 | 4,680.80 | .00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | NA | NA | .00 | .00 |
| LAKE COUNTY TREASURER | Unsecured | NA | NA | NA | .00 | .00 |
| LAKE COUNTY TREASURER | Unsecured | NA | NA | NA | .00 | .00 |
| UNIVERSITY OF CHICAGO | Unsecured | 692.15 | 692.15 | 692.15 | 692.15 | .00 |
| UNIVERSITY OF CHICAGO | Unsecured | 5,632.77 | NA | NA | .00 | .00 |
| US BANK | Secured | 142,300.08 | 138,015.52 | 104,268.59 | 104,268.59 | .00 |
| US BANK | Secured | 3,276.40 | NA | NA | .00 | .00 |
| WELLS FARGO EDUCATION FIN | Unsecured | 7,499.21 | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 104,268.59 | 104,268.59 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | 10,266.82 | 6,713.67 | 1,397.89 |
| All Other Secured: | 8,250.31 | 8,250.31 | 604.05 |
| **TOTAL SECURED:** | 122,785.72 | 119,232.57 | 2,001.94 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 85,266.73 | 85,266.73 | .00 |
| **TOTAL PRIORITY:** | 85,266.73 | 85,266.73 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 5,372.95 | 5,372.95 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $8,787.56 |
| Disbursements to Creditors: | $211,874.19 |
| **TOTAL DISBURSEMENTS:** | $220,661.75 |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  02/28/2019                                                     By:  /s/PAUL CHAEL
                                                                                    Standing Chapter 13 Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.

IN RE:  
KEVIN D KREMBS, MD

CASE NO:  
13-24319 JRA

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Final Report and Account was sent electronically or by ordinary United States mail, postage prepaid, on the date noted below, to the debtor, attorney for the debtor, and the United States Trustee.

Date: March 21, 2019

/s/PAUL CHAEL  
PAUL CHAEL